David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
VICTORIA S. BERNABE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA S. BERNABE,<br><br>         Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, N.A.;<br>CAPITAL ONE FINANCIAL CORP.<br>D/B/A GREENPOINT MORTGAGE;<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>         Defendant(s). | Case No.:  **2:17-cv-02318-RFB-CWH**<br><br>**NOTICE OF SETTLEMENT BETWEEN VICTORIA S. BERNABE AND <u>EQUIFAX INFORMATION SERVICES, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between VICTORIA S. BERNABE ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against EQUIFAX, with Prejudice, within 60 days. Plaintiff

Page **1** of **2**

requests that all pending dates and filing requirements as to EQUIFAX be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to EQUIFAX.

Dated:  September 27, 2017

                                  /s/ David H. Krieger, Esq.
                                  David H. Krieger, Esq.

                                  Attorneys for Plaintiff
                                  ***VICTORIA S. BERNABE***