DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA S. BERNABE,<br><br>              Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE FINANCIAL CORP. d/b/a GreenPoint Mortgage, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>              Defendants. | Case No.:    2:17-cv-02318-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT BANK OF AMERICA, N.A.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated and agreed by and between Plaintiff Victoria S. Bernabe ("Plaintiff"), through his attorney David H. Krieger, and Defendant Bank of America, N.A. (BANA), through its attorney Rex Garner with the law firm of Akerman LLP, as follows:

On September 5, 2017, Plaintiff filed his Complaint in this Court [ECF No. 1]. BANA was served on or about September 7, 2017. BANA is currently gathering information in order to properly respond to Plaintiff's Complaint. In the interest of conserving client and judicial resources, BANA has requested until November 14, 2017 in which to file its responsive pleading. Plaintiff is not opposed.

…

…

1

43203008;1

This is BANA's first request for an extension of time to respond to Plaintiff's Complaint and this stipulation is not intended to cause any delay or prejudice to any party.

DATED this 23rd day of October, 2017.

| **HAINES & KRIEGER LLC** | **AKERMAN LLP** |
|---|---|
| By: */s/ David H. Krieger, Esq.*<br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff* | By: */s/ Rex. D. Garner, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorney for Defendant Bank of America, N.A.* |

## **ORDER**

IT IS ORDERED THAT Bank of America, N.A. shall have until November 14, 2017 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

October 24, 2017
_____
DATED

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

43203008;1