David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
VICTORIA S. BERNABE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA S. BERNABE,<br><br>                    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; CAPITAL ONE FINANCIAL CORP. D/B/A GREENPOINT MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    Defendant. | **Case No. 2:17-cv-02318-RFB-CWH-**<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT BANK OF AMERICA, N.A. ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant BANK OF AMERICA, N.A.**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant BANK OF AMERICA, N.A., **and only as to Defendant BANK OF AMERICA, N.A.** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal against **Defendant BANK OF AMERICA, N.A.**.

Dated:        November 7, 2017

                                        Respectfully submitted,

                                        By:    /s/David H. Krieger, Esq.
                                                David H. Krieger, Esq. (Nevada Bar No. 9086)
                                                HAINES & KRIEGER, LLC
                                                8985 S. Eastern Avenue, Suite 350
                                                Henderson, Nevada 89123
                                                *Attorney for Plaintiff*

Page **1** of **1**