David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
VICTORIA S. BERNABE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA S. BERNABE,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; CAPITAL ONE FINANCIAL CORP. D/B/A GREENPOINT MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 2:17-cv-02318-RFB-CWH-<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT CAPITAL ONE FINANCIAL CORP. D/B/A GREENPOINT MORTGAGE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant CAPITAL ONE FINANCIAL CORP. D/B/A GREENPOINT MORTGAGE ("CAPITAL ONE")**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant CAPITAL ONE, **and only as to Defendant CAPITAL ONE** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal against **Defendant CAPITAL ONE FINANCIAL CORP. D/B/A GREENPOINT MORTGAGE**.

Dated:        January 16, 2018

Respectfully submitted,

By:   /s/David H. Krieger, Esq.
       David H. Krieger, Esq. (Nevada Bar No. 9086)
       HAINES & KRIEGER, LLC
       8985 S. Eastern Avenue, Suite 350
       Henderson, Nevada 89123
       *Attorney for Plaintiff*

Page **1** of **1**